# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) |
| | ) **ORDER** |
| INFORMATION ASSOCIATED WITH THE | ) |
| ACCOUNT IDENTIFIED AS | ) |
| "scand002@aol.com", THAT IS STORED AT | ) Case No. 1:14-mj-082 |
| THE PREMISES CONTROLLED BY AOL, INC. | ) |

On May 14, 2014, the court issued an order that provided in relevant part that this matter was to remain sealed until further order of the court. The court now authorizes the Clerk's office to unseal this matter.

**IT IS SO ORDERED.**

Dated this 5th day of May, 2015.

>  */s/ Charles S. Miller, Jr.*
>  Charles S. Miller, Jr., Magistrate Judge
>  United States District Court